AO 240 (Rev. 6/86) Application to Proceed

United States District Court
Southern District of Texas
FILED
DEC 26 2000
Michael N. Milby
Clerk of Court

# United States District Court

_Southern_ DISTRICT OF _Texas_

UNITED STATES OF AMERICA

v.

Hugo P. Absalon

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: B-00-186

I, _Hugo P. Absalon_, declare that I am the (check appropriate box)

☐ petitioner/plaintiff

☐ respondent/defendant

☐ movant (filing 28 U.S.C. 2255 motion)

☑ _movant (filing Rule 12(b)(2) & "Apprendi" motion)_ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

_Motion to vacate judgment and dismiss Indictment B 98-506 of 9/30/98._

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☑  No ☐

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    _$24.99 per month - Pat Warren - Head of Education Department. F.C.I - Medium - P.O. Box 26045 Beaumont, Texas 77720-6045_

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

    _N/A._

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment  Yes ☐  No ☐
    b. Rent payments, interest or dividends?  Yes ☐  No ☐
    c. Pensions, annuities or life insurance payments?  Yes ☐  No ☐
    d. Gifts or inheritances?  Yes ☐  No ☐
    e. Any other sources?  Yes ☑  No ☐