UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 12 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HUGO P. ABSALON | § |
| | § |
| v. | § CIVIL NO. B-00-186 |
| | § (CRIMINAL NO. B-98-506) |
| UNITED STATES OF AMERICA | § |

## ORDER

Having reviewed Petition Absalon's Motion to Vacate Judgment and Dismiss Indictment (Pleading No. 1), this Court hereby ORDERS the United States of America to respond. Specifically, the Government is to consider Petitioner's Motion in the context of (1) his underlying criminal case (B-98-506); (2) this Court's Order of September 11, 2000 (B-98-506, Pleading No. 49); (3) this Court's Report and Recommendation of December 1, 2000[1] (B-98-506, Pleading No. 53); and (4) this Court's Memorandum of January 5, 2000 (B-98-506, Pleading No. 56).

Because this Court *may* decide to dismiss Absalon's Motion to Vacate Judgment as a successive § 2255 Motion, the Government is hereby ORDERED to analyze *both* the merits of Absalon's Motion, and the "successive motion" issue in its response. Specifically, the Government is to address (1) whether this Court should dismiss Absalon's Motion as an attempt to file an improperly successive § 2255 Motion; (2) whether Absalon can prevail under the "cause," "prejudice," and "miscarriage of justice" standards applicable to his case; and (3) any other issue that requires analysis. The Government has 60 days from the day it receives this Order to respond.

DONE in Brownsville, Texas this 11th day of January, 2001.

Felix Recio
United States Magistrate Judge

---

[1] This Report and Recommendation was adopted in full as a final judgment on January 10, 2001.