

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON   DIVISION

United States Courts
Southern District of Texas
FILED

FEB 1 5 2001

Michael N. Milby, Clerk

C L E R K
United States District Court
Southern District of Texas
Houston Division
Post Office Box 61010
Houston, Texas 77208

United States District Court
Southern District of Texas
FILED

FEB 2 6 2001

Michael N. Milby
Clerk of Court

Re:

CAB-00-186

Dear Clerk:

    Notice is hereby given of change of address. As of January 31, 2001 my new mailing address will be:

Hugo P. Absalon
82491-079
BSCC Airpark unit - "E-1"
3700 Wright Avenue
Big Springs
Texas 79720

    The undersigned was transferred out of his place of cofinement at the F.C.I. - medium in Beaumont, Texas, arriving at my new destination on January 31 2001.

Sincerely

Hugo P. Absalon
February 1, 2001.

4-00-1557
4-00-2148
1-00-0186