

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 19 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| RESPONDENT, | § | |
| | § | |
| v. | § | CRIMINAL NO. B-98-506 |
| | § | |
| HUGO P. ABSALON, | § | |
| PETITIONER. | § | |
| (C.A. B-00-186) | § | |

## MOTION FOR EXTENSION

The United States of America, ("government"), by and through the United States Attorney for the Southern District of Texas, files this motion for extension of time to answer Absalon's motion under 28 U.S.C. § 2255. In support thereof, the government would respectfully show the Court the following:

On January 12, 2001, the Court entered an order that the government answer Absalon's motion to vacate judgment and dismiss indictment within 60 days of the government's receipt of its order. As the government received the court's order on January 17, 2001, the due date of its response is March 18, 2001. Absalon has filed numerous pro se motions, including his motion to vacate judgment and dismiss indictment. This Court has construed the motion as a petition under 28 U.S.C. Section 2255 and has ordered the government to address several issues in connection with his motion and previous orders by the Court. The undersigned attorney has ordered and obtained previous files, and copies of various pleadings and orders on file in this matter.

Meanwhile, the undersigned attorney has prepared and filed the following briefs and responses in February and March 2001: *United States v. Gonzalez-Guerrero*, No. 00-40970; *United States v. Garcia-Luna*, No. 00-40972; *United States v. Pedro Landeros, Jr.*, No. 00-40792; *United*

*States v. Antonya Cole*, No. 00-41134; *United States v. Medrano and Flores*, No. 99-40367; *United States v. Mathis*, C.A. No. C-00-381; *United States v. Sauceda*, No. 00-40370; and *United States v. Martinez-Silva*, No. 00-40884.

The undersigned attorney respectfully requests an extension of 25 days until April 12, 2001. This motion is not made for purposes of delay. The undersigned attorney only asks for a short 25-day extension to enable her sufficient time to review the necessary documents and provide this court with a thorough answer on the legal and factual issues.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

KATHERINE L. HADEN
Texas Bar No. 08677500
Assistant U.S. Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208

## CERTIFICATE OF SERVICE

I, Katherine L. Haden, Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing has been served by placing same in the United States mail, postage prepaid, on this day, March 19, 2001, addressed to:

Hugo Absalon
Prisoner No. 82491-079
FCI Beaumont
PO Box 26040
Beaumont, Texas 77720-6040

KATHERINE L. HADEN
Assistant United States Attorney