7

United States District Court
Southern District of Texas
FILED

MAR 23 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HUGO P. ABSALON       §
                      §
                      §
v.                    §   CIVIL NO. B-00-186
                      §   (CRIMINAL NO. B-98-506)
UNITED STATES OF AMERICA §
                      §
                      §

## ORDER

Having reviewed Respondent's Motion for Extension,[1] this Court is of the opinion that the Motion should be GRANTED. Accordingly, Respondent's may have until April 30, 2001, to comply thoroughly with the Court's Order of January 12, 2201.

DONE in Brownsville, Texas this 23rd day of March 2001.

_____
Felix Recio
United States Magistrate Judge

---

[1] See Pleading No. 6.