9

May 25, 2001

United States District Court
Southern District of Texas
Brownsville Division
CLERK of the Court
United States Magistrate Judge Felix Recio

United States District Court
Southern District of Texas
FILED

JUN 0 1 2001

Michael N. Milby
Clerk of Court

        Certified Mail No. 7099 3220 0002 9453 1934

Re: Criminal No. B-98-506
    Civil (?) No. B-00-186
    ORDER filed (entered) January 12, 2001

Gentlemen:

    NOTICE is hereby given of the following:

1.   **On December 6, 2000** Movant Hugo P. Absalon, pro se, filed his Motion to Vacate Judgment and Dismiss Indictment B-98-506 pursuant to Rule 12(b)(2) of the Fed.R.Crim.P.

2.   **On January 11, 2001** Felix Recio, United States Magistrate Judge, ORDERED the United States of America [United States Government] to respond.

    The Government **was given 60 days** from the day it received this Order to respond.

3.   **On March 16, 2001** the Government filed Motion for Extension, requesting an extension of **25 days** until **April 12, 2001**.

    Katherine L. Haden, Assistant U.S. Attorney served Hugo P. Absalon with a copy of the filed Motion.

32

4.   On March 23, 2001, Felix Recio, United States Magistrate Judge GRANTED extention to **April 30, 2001** (18 days more than requested).

5.   **As of today May 25, 2001** Hugo P. Absalon **has not been served** with the Court's ordered Government respond to his Motion (B-00-186), nor a request for further extension and order granting it.

PREMISES considered I do hereby respectfully request to be informed of the status of my Motion B-00-186.

Sincerely

*[signature]*

Hugo P. Absalon
BSCC Airpark unit D-1
3700 Wright Avenue
Big Spring
Texas 79720