UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HUGO P. ABSALON | * |
| | * |
| VS | * C.A. NO. B-00-186 |
| | * |
| UNITED STATES OF AMERICA | * (Cr. No. B-98-506) |

## ORDER

On February 15, 2001, Petitioner Hugo P. Absalon filed Notice of Appeal (Doc. No. 59). The Court hereby construes this notice as a motion for certificate of appealability.

The Antiterrorism and Effective Death Penalty Act (AEDPA), governs appeals in habeas corpus proceedings. Section 2253(c) states that an appeal from a habeas petitioner may not be taken unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c).

A petitioner may be issued a certificate of appealability only where he has made a substantial showing of the denial of a constitutional right. Hicks v. Johnson, 186 F.3d 634, 636 (5th Cir. 1999). A "substantial showing" requires the applicant to demonstrate that the issues are debatable among jurists of reason, that a court could resolve the issues in a different manner, or that the question is adequate to deserve encouragement to proceed further. Hicks, 186 F.3d at 636.

Petitioner asserts that the Magistrate and District Judge erred by denying the eight claims raised in his 28 U.S.C. § 2255 Petition (Doc. No. 67, attached hereto).

The Court is of the opinion that Petitioner has raised a substantial issue which merits review. Therefore, the Court hereby GRANTS Petitioner's Motion for a Certificate of Appealability (Docket No. 21).

DONE at Brownsville, Texas, this 19th day of March 2002.

_____
Hilda G. Tagle
United States District Judge