## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 6 2002

Michael N. Milby
Clerk of Court

Hugo P. Absalon

    Petitioner/Defendant

        Cause:  CR - B98-506-1   CV B-00-186

v

UNITED STATES OF AMERICA

    Respondent/Plaintiff

### PETITIONER's MOTION TO AMMEND and SUPPLEMENT CERTIFIED COPY OF DOCKET SHEET.

    Petitioner, pro se file this motion to ammend and supplement Certified Copy of Docket Sheet in Hugo P. Absalon, Petitioner/Defendant v United States of America Case No. B-98-CR-506-1 B-00-186, United States District Court for the Southern District of Texas, stating in support thr following :

1.     In response to Petitioner's Motion for Certified Copy of docket sheet filed 3/25/02, entry date 4/01/02, docket # 73, the Clerk of the Court provided the Appellant with a Certified Copy thereof. A review of it shows the following omissions :

    (a)     June 29, 2001 - Petitioner Traverse (reply) and Motion for Denial of Government's Motion for Summary Judgment, and Petitioner's Motion for Judgment on the Pleadings ( relevant to docket # 54 ): mailed June 29/ 2001, Certified Mail Receips 7099 3220 0002 9453 1590 and 7099 3220 002 9453 1583 - Return Receipt shows delivery date of July 13, 2001.

    (b)     July 3, 2002 - Motion for COURT VOLUNTARY DISQUALIFICATION : mailed July 3, 2001, Certified Mail Receipt 7099 3220 0002 9453 1521 - Return Receipt shows delivery date of July 9, 2001.

    (c)     Your entry of 2/21/02 (dockett number omitted) shows the following : *" received copy of Motion for Disqualification of Federal Judge (copy given to Judge Felix Recio as per*

*instructions from Estella Case Manager for Judge Tagle) copy placed in separate folder (maxg)"*. The Motion for Disqualification was mailed on **February 13, 2002**, Original to the Clerk odf the U.S. Court of Appeals and a copy thereof to the Clerk of the U.S. Distrrict Court - Return Receipt shows delivery date of **February 16, 2002**. Filed by the U.S. Court of Appeals on **February 18, 2002**.

    (d)    Entry of 3/19/02, Order granting Certificate of Appealability (docket # 71), is relevant to Notice of Appeal (docket # 59, filed 2/15/01)) of dismissal (docket # 57, filed 1/10/01) of Ex parte Motion (docket # 46, filed 2/03/01).

    Your entry of 3/27/02 (Docket number omitted) **states that docket # 72** ( Motion for Certificate of Appealability for Order of Denial of Motion to Vacate, docket # 54, filed December 6, 2000) **is MOOT** as per Judge Recio's Secretary - docket # 13 (which docket number refers to *"Motion by USA as to Hugo P. Absalon to seal Govt's Notice to the Court of ' Jane Doe ' identify ) Order Grants Petitioner's Motion for a Certificate of Appealability (Doc. # 21) "*. It certainly makes no sense. Are you trying to assert that the docket entry (without number) of 3/27/02 contains the response to Petitioner's for Certificate of Appealability (docket # 72) <u>which is an eror</u> ?, or are you asserting that docket # 72 is MOOT because the Court had already **granted** Certificate of Appealability to Notice of Appeal on Motion to Vacate (docket # 54) for which there is ORDER entered in your docket sheets ? .

    Wherefore, for the reasons above stated, Petitioner respectfully request that the Certified Copy of Docket sheet isued be amended and suplemented accordingly , that a certified copy threof to be sent to the U.S. Court of Appeals to be included in the Record on Appeal , and to the Petitioner for his files.

Respectfully submitted

_____
Hugo P. Absalon

## CERTIFICATE OF SERVICE

This will certify that a copy of this Motion was served to the Respondent by first class mail, postage prepaid, on April 11, 2002.

_____