UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO P. ABSALON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-186 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### ORDER

Due to the fact that Mr. Absalon's case is currently on appeal at the 5th Circuit, this Court is not authorized to hear any of the Petitioner's new motions. Therefore, Petitioner's "Motion to Amend and Supplement Certified Copy of Docket Sheet" (Doc. #14), as well as any future motions filed by the Petitioner while his case is pending in the 5th Circuit are hereby MOOT. This Court hereby orders the Clerk of Court to moot said motions because this Court no longer has jurisdiction over this matter.

DONE on this the 7th day of May, 2002.

Felix Recio
United States Magistrate Judge