IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-40293
USDC No. B:00-CV-186 (B-98-CR-506-1)

UNITED STATES OF AMERICA,

                      Plaintiff-Appellee,

versus

HUGO P. ABSALON,

                      Defendant-Appellant.

Appeals from the United States District Court
for the Southern District of Texas

Before DAVIS, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

BY THE COURT:

The district court granted defendant Hugo P. Absalon a certificate of appealability (COA) to appeal the denial of his 28 U.S.C. § 2255 action, which, according to the district court, raised eight claims. The district court's order states that the defendant "has raised a substantial issue which merits review." However, the order does not specify upon which issue or issues the defendant has made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(3); Muniz v. Johnson, 114 F.2d 43, 45-46 (5th Cir. 1997). Accordingly, the case is remanded to the district court for the limited purpose of specification of the issue or issues upon which the district court granted a COA.

    REMANDED.