UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Hugo P Absalon

   Vs                                              CA. B-00-186
                                                  CR. B-98-506
UNITED STATES OF AMERICA

## NOTICE

Hugo P Absalon's objections to United States Magistrate's order (Doc.#17) are mooted, as Petitioner has filed an appeal which is currently pending before the Fifth Circuit Court of Appeals.

Felix Recio
United States Magistrate Judge