# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No._____

United States District Court
Southern District of Texas
FILED

JUN - 3 2002

Michael N. Milby, Clerk of Court

Hugo P. Absalon

　　　　　Appelant　　　　　D.C.　B-98-506-1

V

UNITED STATES OF AMERICA　　　　B-00-186
　　　Appelee

## JUDICIAL NOTICE
### And Request

1.　**March 19, 2002** - U.S. District Judge Hilda G. Tagle granted Certificate of Appealability (court docket # 71) to Appeal filed 2/15/01 (court docket # 59) from Order of dismissal of Appellant's Ex parte motion filed 2/03/00 (court docket # 46).

Judge Tagle ruled: " *The Court is of the opinion that Petitioner has raised a substantial issue which merits review. Therefore the Court grants Petitioner's Motion for Certificate of Appealability as to Hugo P. Absalon (signed by Judge Hilda G. Tagle )* " It took the Court from 2/03/00 to 3/19/20 to reach the opinion that Appellant's (Petitioner's) issues raised are substantial and merits review. COURT OF APPEALS No. 01-40293.

**March 4, 2002** – Appellant files appeal from district court's ORDER filed 2/19/2002 (court docket # 70) denying Appellant's Motion for relief pursuant to Rule 12(b)(2) and by authority of Apprendi v New Jersey filed Deceber 6, 2000(court docket # 54), and simultaneously denying Appellant's Motion to Compel Prosecutor's Constitutional Duly to disclose duly requested evidence filed 11/16, 2000(court docket # 52). Application to proceed in forma pauperis is filed.

**March 20, 2002** – Appellant files at the district court his request for Certificate of Appealability (court docket # 72).

**March 25, 2002** – Appellant files at the district court his Motion for a Certified Copy of the Criminal docket sheets (court docket # 73).

**April 16, 2002** – Appellant files at the district court his Motion to Amend and Supplement Certified Copy of Criminal docket sheets showing numerous omissions and misleading entries. Certified Mail # 7000 1670 0010 8896 3989, return receipt showing a 4/06/02 delivery date. Assigned or to be assigned court docket number should appear in the amended Certified Copy of Criminal docket sheet.

**Previously**, **on March 27, 2002** (entry date of 03/27/02 – no docket number assigned) the district court states: " *Docket No 72 is MOOT as per Judge Recio's Secretary* [ U.S. Magistrate Judge Felix Recio] - *Docket # 13 Order Grants Petitioner's Motion for a Certificate of Apealability (Doc. # 21)- (maxg) [entry date 03/27/02]* ".

(1) Docket # 13 of Criminal docket sheets, case B-98-506, refers to "*Motion **by USA** as to Hugo P. Absalon to seal Govt's Notice to the court of Jane Doe's Identity*". Motion filed by the Government on 10/22/1998.

(2) No copy of "Doc. # 21" has been served on the Appellant.

(3) No ORDER granting Appellant's Motion for Certificate of Apealability has been served on the Appellant.

**May 08, 2002** – U.S. Magistrate Judge Felix Recio ORDERS as follows:
" *Due to the fact that Mr Absalon's case is currently on appeal at the 5th Circuit, this court is not authorized to hear any of the Petitioner's new motions. Therefore, Petitioner's 'Motion to Amend and Supplement Certified Copy of Docket Sheet ' (Doc. # 14), as well as any future motions filed by the Petitioner while his case is pending in the 5th Circuit aare hereby MOOT. This Court hereby orders the Clerk of the Court to moot said motions because this Court no longer has jurisdiction over this matter.*"

2. In light of the foregoing Appellant respectfully request of this Honorable Court to be informed of and to be provided with copies of the following:

Whether the district court has transmitted the following to the Fifth Circuit Court of Appeals:

(a) Certified copy of notice of appeal and docket entries (Certified Copy of Criminal Docket Sheet for case B-98-506-1 , B-00-186).

(b) Certified copy of district court ORDER granting Certificate of Appealability to the above ("a") showing the specific isues upon which the district court is granting the COA.

(c) Record of appeal consisting of :

(1) Transcripts of the Rule 11 (Re-arraingment , docket # 27) and Sentencing hearings (dockets # 37 , 43, 44 and 45).

Pleadings (motions, petitions , objections , orders , notices , etc) identified by the following docket numbers : 1 , 26 , 27 , 30, 31 , 32 , 33 , 36 , 37 , 39 , 40 , 41 , 42 , 46 , 47 , 48 , 49 , 50 , 51 , 52 , 53 , 54 , 55 , 57 , 59 , 60 , 61 , 63, 64 , 65 , 66 , 67 , 68 ; **entry date 02/21/02** – no docket number shown (Motion for Disqualification of Federal Judge) ; 69 , 70 , 71 , 72 , 73 ; **entry date 03/27/2002**- no docket number shown ( Doc. # 21 –declaring moot docket # 72 and order granting Petitioner's Motion for a Certificate of Appealability ).

(2) Copies of all exhibits showing government evidence offered and accepted by the district court at the Sentencing Hearing of February 4, 1999.

WHEREFORE , Appellant respectfully submits the foregoing Notice pursuant to Rule 201 of the Fed.R.CR.P. Appellant offer facts which seem to be not subject to reasonable dispute in that are generally known within the territorial jurisdiction of the trial court and capable of accurate and

ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Respectfully submitted

Hugo P. Absalon pro se
82491-079 BSCC
Cedar Hills unit DB4
3711 Wright Avenue
Big Spring, Texas, 79720

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Notice was served upon the Respondent by first class mail, postage prepaid, on May 23, 2002.

_____
Hugo P. Absalon, pro se –