21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

Hugo P Absalon

   Vs

UNITED STATES OF AMERICA

CA. B-00-186
CR. B-98-506

## ORDER

The Clerk is hereby ordered to respond via letter to the Judicial Notice and Request filed on June 3, 2002, by Hugo P Absalon.

_____
Felix Recio
United States Magistrate Judge