UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 1 9 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| versus | * | Civil Action No. B-00-186 (CR. B-98-506) |
| HUGO P. ABSALON | * | |

## AMENDED RESPONSE

Pursuant to the Fifth Circuit's remand requesting specification of the issue or issues upon which the district court granted a certificate of appealability, the following is submitted.

Petitioner Absalon objected to the district court's application of the guidelines in applying offense conduct of dismissed charges to enhance his guideline score (Doc.#12 page 12).

Absalon filed a Motion to Disqualify the District Judge from considering his 28 USC 2255 petition (Doc. #11) questioning the Judge's impartiality. Although this issue was not raised in the 2255 Application itself, this Court felt that it was a significant issue that should be reviewed by the Appellate Court.

For the above stated reasons, the Certificate of Appealability was granted.

Signed this 18 day of June, 2002.

Hilda Tagle
United States District Judge