United States District Court
Southern District of Texas
FILED

NOV 0 1 2002

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

### U.S.C.A. No 01-40293

Hugo P. Absalon
      Appellant

v                                     CAB-00-186

                                    U.S.D.C. # B-98-506

UNITED STATES OF AAMERICA
      Appellee

_____

MOTION FOR VOLUNTARY WITHDRAWAL OF
"Motion for Disqualification of Federal Judge
U.S. MAGISTRATE JUDGE FELIX RECIO"
_____

      Pursuant to Rule 42.1 of the Fifth Circuit"s local rule of Appellate procedure (FRAP 42) , - which rules provides that " *In all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding (motion received by the Court on October 18, 2002 - no action by the opposing party) the clerk shall enter an order of dismissal and issue a copy of the order as the mandate* - Hugo P. Absalon , pro se , respectfully move this Honorable Court for Voluntary Withdrawal **WITHOUT PREJUDICE** of his motion for disqualification of U.S. Magistrate Judge Felix Recio . In support thereof Petitioner submits the following:

      1.    A reading of Deputy Clerk Donna Mendez correspondence , (dated October 18 , 2002 (received October 22, 2002)) , would show the Court's intention to submit said motion , supra, together with appeal U.S.C.A. No. 01-40293 , for

this Court's consideration when briefing is completed , **which is not Petitioner's intent.**

2. In the aforesaid motion he makes certain claims which **are not relevant** to U.S.C.A. No. 01-40293 .

3. Those claims are relevant to U.S.C.A. No. 02-40587 , which is currently waiting for grant of Certificate of Appeal ability by the Fifth Circuit Court of Appeals.

4. Therefore , the motion for the disqualification of U.S. Magistrate Judge Felix Recio will be resubmitted at the proper time , in compliance with all the applicable rules.

5. On her correspondence , supra, Deputy Clerk Donna Mendez asserted that " *you have not served a copy of this motion to the opposing party---*" , where on page 38 of his motion it is stated: "CERTIFICATE OF SERVICE - *Appellant does hereby Certify the mailing of a true an complete copy of the foregoing Motion to the U.S. District Court for the Southern District of Texas , Brownsville Division/U.S. Magistrate Judge Felix Recio* [ Respondent ] *to the following address : Att. Clerk of the Court , 600 East Harrison Stret , Brownsville , Texas 78520 . Certified Mail # 7000 1670 0010 8896 1138*" , **received by** L. M. Villarreal (U.S. District Court for the Southern District of Texas , Brownsville Division) **on October 23, 2002**

## CERTIFICATE OF SERVICE

The undersigned do hereby Certify the mailing of a copy of the foregoing motion , first class mail ,postage prepaid ,to U.S, Magistrate Judge Felix Recio (Respondent - Petitioner has not been served with Notice of Appearance by Respondent's counsel of record), Southern District of Texas , Brownsville Division , to the following address :Att. Clerk of the Court , 600 East Harrison Street , Brownsville Texas 78520.

_____
Hugo P. Absalon , 82491-079 BSCC , Cedar Hill unit DB 4 , 3711 Wright Avenue , Big Spring Texas 79720.