UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HUGO P. ABSALON, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-186 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER

Petitioner Hugo Absalon has filed a "Motion for Access to the Record" (Doc. # 28) in the above-referenced cause of action in the United States District Court for the Southern District of Texas, Brownsville Division. This case is closed and the Petitioner's case is currently on appeal at the Fifth Circuit. Therefore, this Court has no jurisdiction to hear any motions filed by either party in this case. Petitioner's motion is untimely and is hereby mooted by this order.

DONE at Brownsville, Texas this 8th day of April, 2003.

Felix Recio
United States Magistrate Judge