# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 01-40293
Summary Calendar

D.C. Docket No. B-00-CV-186
B-98-CR-506

U.S. COURT OF APPEALS
**FILED**
JUN 2 5 2003
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
SEP 0 5 2003
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

HUGO P ABSALON

    Defendant - Appellant

Appeals from the United States District Court for the
Southern District of Texas, Brownsville.

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE:   SEP 0 3 2003

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By /s/ Rhoda Jenn
    Deputy

New Orleans, Louisiana   SEP 0 3 2003

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

September 3, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

 No. 01-40293 USA v. Absalon
 USDC No.  B-00-CV-186
   B-98-CR-506-1

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 4 ) Volumes    ( 1 ) Envelope    (   ) Boxes
                 (SEALED)

 Sincerely,

 CHARLES R. FULBRUGE III, Clerk

 By: *Rhonda M. Ferrara*
 Rhonda M. Ferrara, Deputy Clerk
 504-310-7703

cc: (letter only)
    Honorable Hilda G Tagle
    Mr Mark Michael Dowd
    Mr Hugo P Absalon

MDT-1