

**United States District Court
Southern District of Texas
FILED
SEP 1 8 2003
Michael N. Milby
Clerk of Court**

# IN THE U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

Hugo P. Absalon
    Movant/Appellant
        District court   No. CR B-98-506 B-00-186
v        5th Circuit No. 01-40293 (lead) 02-40587(member)

UNITED STATES OF AMERICA
    Respondent/Appellee

===========================================================

MOTION for information reflecting all the contents of the Record on appeal for CCA No 01-40293(lead) 02-40587 (member).

    Hugo p. Absalon, pro se , moves this Honorable Court for written information , with particularity , of all the pleadings , orders, opinions , and any other relevant information that reflects all the information that was before the Fifth Circuit Court of Appeals for the court's consideration and denial of the Petition for Rehearing adjudicated by Court's ORDER of August 25, 2003 . The requested information should include. but not be limited to : (i) date of receive , and entry of all the above on the Certified Copy of the district court criminal docket sheet for the first above written case ; (ii) docket number assigned to each receipt and entry ; (iii) a complete description of the document involved indicating its nature . On September 3, 2003 a certified copy of the judgment issued as the mandate , enclosing a copy of the court's opinion and (4) volumes , (1) sealed envelope containing Record/original papers/exhibits were returned to the Clerk of the Court ,Southern District of Texas , Brownsville U.S. District Court..

    The herein duly requested information is essentially necessary for the preparation of a forthcoming , meaningful Application for a Writ of Certiorari to

the United States Supreme Court. Movant respectfully prays that this Court grants the duly request information at their earliest convenience considering that **TIME IS OF THE ESSENCE.**

*Executed on September 9, 2003.*

Respectfully submitted

*[signature]*

Hugo P. Absalon, pro se
82491-079 BSCC
Interstate unit W 1-7
1801 West I - 20
Big Spring
Texas 79720

CERTIFICATE OF SERVICE

Movant does hereby Certify that he is forwarding, by first class mail postage prepaid : original and three(3) complete, true copies of the foregoing motion to Michael N. Milby Clerk of the district court, 600 E. Harrison Street, BrownsvilleTexas 78520 and one more copy to AUSA Mark Michael Dowd, Attorney for the Appellee, 910 Travis, suite 1500, P.O.Box 61129 Houston Texas 77208.

*[signature]*

Hugo P. Absalon. pro se

c.c. Charles R. Fulbruge III, Clerk oOf the Fiufth Circuit of Appeals.