34

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br><br>vs.<br><br>HUGO P. ABSOLON,<br>Petitioner.<br>(C.R. No. B-98-506) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. B-00-186 |

United States District Court
Southern District of Texas
FILED

OCT 0 2 2003

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

OCT 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

With due consideration of Petitioner's motion and of the government's response thereto,

it is the Court's considered opinion that there is no legal support or justification for Petitioner's

motion.  Accordingly, the Court hereby ORDERS that Petitioner's subject motion is DENIED.

SIGNED this ___2d___ day of __October__ 2003.

_____
UNITED STATES MAGISTRATE JUDGE

34